UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELISA CHAN,<br><br>             Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, ex rel., BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION on behalf of THE UNIVERSITY OF NEVADA, LAS VEGAS, *et al.*,<br><br>             Defendants. | Case No.  2:11-cv-01356-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated August 22, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **October 6, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 26th day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge